UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                Case No. 26-CR-94

SAMUEL STAIR, et al.

       Defendants.

## MOTION TO SEAL

NOW COMES the United States of America, by its attorneys, Katherine Halopka-Ivery and Julie F. Stewart, Assistant United States Attorneys for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the government's submission filed on May 7, 2026, in the above-named case until further order of this Court.

As a basis for said motion, the government relies upon the facts and circumstances described in said submission.

Respectfully submitted this 7th day of May, 2026, at Milwaukee, Wisconsin.

                            Respectfully submitted,

                    By:     s/ *Katherine Halopka-Ivery*
                              KATHERINE HALOPKA-IVERY
                              JULIE F. STEWART
                              Assistant United States Attorneys