UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,        Case No. 26-CR-094

vs.

SAMUEL P. STAIR

_____/

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

Lauren Gorman hereby enters her appearance as attorney of record in the above-titled manner having been retained to represent Samuel P. Stair as co-counsel with Daniel Adams.

Dated this 8th Day of May, 2026.

Respectfully submitted,
<u>/s/ Lauren Gorman</u>
Lauren Gorman
Gorman Law PLLC
NV Bar No. 11580
275 Hill Street
Suite 248
Reno, NV 89501
Tel: (775) 742-6129
lgorman@laurengormanlaw.com

1