UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                  Case No. 26-CR-94

SAMUEL STAIR,

        Defendant.

## UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

The United States of America, by and through its attorneys, Katherine M. Halopka-Ivery and Julie Stewart, Assistant United States Attorneys, hereby respectfully move unopposed to amend the briefing schedule in this matter. In support of its request, the United States notes:

1. The defendant was charged by criminal complaint for violations of drug trafficking, maintaining a drug trafficking place and conspiracy to maintain a drug trafficking place, and money laundering. See ECF No. 1.

2. On April 22, 2026, the defendant appeared before Magistrate Judge Nancy Joseph for an Initial Appearance, Arraignment, and Plea hearing. ECF No. 29. The defendant was temporarily detained by Judge Joseph. ECF No. 33. A detention hearing was held on April 27, 2026. ECF No. 72. At that hearing, Judge Joseph heard arguments from the United States and the defendant. After a full hearing, and reviewing the criminal complaint against the defendant, Judge Joseph detained the defendant. ECF Nos. 72 & 77.

3. On May 5, 2026, the defendant was charged with eleven counts of a thirty-five count indictment, which includes violations of Title 18, United States Code, Sections, 2(a) and 1956(a)(1)(B)(i) and Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(A); 841(b)(1)(B), 841(b)(1)(C), 856(a)(2), and 846. See ECF No. 102.

4. On May 6, 2026, the defendant filed a motion for review of the detention order. ECF No. 104.

5. The Court set a scheduling order: the government's response is due May 14, 2026; defendant's reply is due May 18, 2026; and a detention hearing is scheduled for May 20, 2026 at 10:00 am. See ECF No. 118.

6. The United States is waiting to obtain some additional information from case agents to present to the Court and needs a short extension to fully brief the matter. The United States request the Court amend the briefing schedule as follows: response brief due by May 15, 2026 (one day extension), and reply brief due by May 18, 2026.

7. The United States discussed the amended briefing schedule the defendant's counsel, Daniel Adams, and he does not oppose the one-day extension.


Dated at Milwaukee, Wisconsin, this 14th day of May 2026.

By:  *s/ Katherine M. Halopka-Ivery*
 Katherine M. Halopka-Ivery
 Julie Stewart
 Assistant United States Attorneys
 Office of the United States Attorney
 Eastern District of Wisconsin
 517 East Wisconsin Avenue, Room 530
 Milwaukee, Wisconsin 53202
 Telephone: (414) 297-1700

2