# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**SAMUEL P. STAIR, ET AL**

**COUNSEL ONLY**
**STATUS/SCHEDULING CONFERENCE**

CASE NUMBER **26-CR-94**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk: Katina Hubacz
Hearing Held: May 14, 2026 at 9:30 AM

Court Reporter: Zoom Audio
Hearing Began: 9:30 AM
Hearing Ended: 9:41 AM

**Appearances:**
UNITED STATES OF AMERICA by: Katie Halopka-Ivery, Julie Stewart
DEFENDANT(S): NOT PRESENT
DEFENSE ATTORNEY(S): SEE ATTACHED LIST

---

- ☐ Oral/Written Motion for Complex Designation
  - ☐ Granted; ☐ Denied
- ☑ Case designated complex
- ☑ Counsel Only Status/Scheduling Conference set for: **July 16, 2026 at 9:00 AM** via Zoom Audio
- ☑ Court makes a Speedy Trial Finding. The time from today until July 16, 2026 is excluded under the Speedy Trial Act

---

Govt:

- Discussed issue of protective order with Ms. Quinn – will provide updated proposed order
- Have majority of reports and plan to review for redactions by late next week
- Need 1TB drives from counsel
- Suggest another date in 60 days

Court:

- Sets another scheduling conference and makes a Speedy Trial finding based on the number of defendants and the amount of discovery

26-CR-94
US v. STAIR, et al
Counsel Only Status/Scheduling Conference
May 14, 2026 at 9:30 AM

| Defendant | Attorney |
|---|---|
| Samuel P. Stair | Daniel M. Adams |
| Jeanette Lopez | Jacob Manian |
| Russell V. McDade | Daniel M. Adams for Scott Stebbins |
| Walter J. Ringersma | Victor E. Plantinga |
| Laura F. Knezic | Jeffrey Jensen for Matt J. Ricci |
| Javarius J. Williams | Thomas E. Hayes |
| Stacey L. Berry | Brian T. Fahl |
| Alberto L. Boffil, Jr. | Peter R. Moyers |
| Cristal F. Nokes | Jeffrey Jensen for Thomas J. Erickson |
| Wesley R. Bynum | Cooper Prindl for Richard H. Hart, Jr. |
| Victoria T. Allen | Daniel M. Adams for Peter J. Arnold |
| Kerry Howell, Sr. | Robert G. LeBell |
| Jermaine Erving | Michael P. Gillespie |
| Otis Lockett | Jeffrey W. Jensen |
| Martin L. Sinclair | Jeffrey W. Purnell |
| Ser Jimmy L. Shepherd | Angela Conrad Kachelski |
| Larry A. Shepherd | Jane H. Christopherson |
| Shaeerah J. McKay | Kathleen M. Quinn |