UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                   Case No. 26-CR-94

SAMUEL P. STAIR,

        Defendant.

---

## MOTION TO SEAL

---

NOW COMES the United States of America, by its attorneys, Katherine M. Halopka-Ivery and Julie F. Stewart, Assistant United States Attorneys, Assistant United States Attorneys for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the government's submission filed on June 16, 2026, in the above-named case until further order of this Court.

As a basis for said motion, the government relies upon the facts and circumstances described in said submission.

Dated at Milwaukee, Wisconsin, this 16th day of June, 2026.

Respectfully submitted,

/s/ *Julie F. Stewart*

KATHERINE M. HALOPKA-IVERY
JULIE F. STEWART
Assistant United States Attorneys