| Rental Address | LLC |
|---|---|
| 9330 W. Lincoln Ave - 9330 W. Lincoln Ave West Allis, WI53227 | 9330 W Lincoln S2, LLC |
| 1966 S 11th St - 1966 S 11th St Milwaukee, WI 53204 | 9330 W Lincoln S2, LLC |
| 726 S 22nd St. - 726 S 22nd St. milwaukee, WI 53204 | 9330 W Lincoln S2, LLC |
| 730-32 S 22nd St Milwaukee, WI 53204 | 9330 W Lincoln S2, LLC |
| 736 S 22nd St - 736 S 22nd St Milwaukee, WI 53204 | 9330 W Lincoln S2, LLC |
| 3340 W. Puetz Rd - 3340 W. Puetz Rd Franklin, WI 53132 | HMS2 Real Estate |
| 1613 W. Bolivar St - 1613 W. Bolivar St Milwaukee, WI 53221 | S2 1613 Bolivar, LLC |
| 605 N. 30th St - 605 N. 30th St Milwaukee, WI 53208 | S2 Real Estate 605 N 30th |
| 729 S. 21st St. - 729 S. 21st St. Milwaukee, WI 53204 | S2 Real Estate 729 21st, LLC |
| 1517 S. 23rd St. - 1517 S. 23rd St. Milwaukee, WI 53204 | S2 Real Estate 1517 S 23rd St |
| 1630 S 32nd St. - 1630 S 32nd St. Milwaukee, WI 53215 | S2 Real Estate 1630 S 32ed St, LLC |
| 1700 W. Lincoln Ave - 1700 W. Lincoln Ave Milwaukee, WI 53215 | S2 Real Estate 1700 Lincoln, LLC |
| 1733 S. 11th St. - 1733 S. 11th St. Milwaukee, WI 53204 | S2 Real Estate 1815 1733 LLC |
| 1815 S. 15th Place - 1815 S. 15th Place Milwaukee, WI 53204 | S2 Real Estate 1815 1733 LLC |
| 1952 S. Winona Ln. - 1952 S. Winona Ln. Milwaukee, WI53204 | S2 Real Estate 1957 w congo,llc |
| 1957 S. Congo Ave. - 1957 S. Congo Ave. Milwaukee, WI53204 | S2 Real Estate 1957 w congo,llc |
| 2033-35 S. 17th St. - 2033-35 S. 17th St. Milwaukee, WI53204 | S2 Real Estate 2033 s 17th llc |
| 2126 S. 17th St. - 2126 S. 17th St. Milwaukee, WI 53215 | S2 Real Estate 2126 S. 17th, LLC |
| 2224 S. 16th St. - 2224 S. 16th St. Milwaukee, WI 53215 | S2 REAL ESTATE 2224 LLC |
| 1623 W Bolivar Ave - 1623 W Bolivar Ave Milwaukee, WI53221 | S2 REAL ESTATE 2319 2327 MICHIGAN LLC |
| 1635 W. Bolivar Ave - 1635 W. Bolivar Ave Milwaukee, WI53221 | S2 REAL ESTATE 2319 2327 MICHIGAN LLC |
| 2319 W. Michigan St. - 2319 W. Michigan St. Milwaukee, WI53233 | S2 REAL ESTATE 2319 2327 MICHIGAN LLC |
| 2327 W. Michigan St. - 2327 W. Michigan St. Milwaukee, WI53233 | S2 REAL ESTATE 2319 2327 MICHIGAN LLC |
| 2509 W. Becher - 2509 W. Becher Milwaukee, WI 53215 | S2 REAL ESTATE 2509 W BECHER LLC |
| 2612-2620 W Greenfield Ave - 2612-2620 W Greenfield AveMilwaukee, WI 53204 | S2 Real Estate 2612-20 w greenfield, llc |
| 2903 -2905 W Pierce St. - 2903 -2905 W Pierce St.Milwaukee, WI 53215 | S2 REAL ESTATE 2903-5 W PIERCE LLC |
| 2925 W. Lincoln Ave. - 2925 W. Lincoln Ave. Milwaukee, WI53215 | S2 Real Estate 2925 lincoln, LLC |
| 4631 Sonseeahray Dr. - 4631 Sonseeahray Dr. Hubertus, WI53033 | S2 Real Estate 4631 Sonseeahray |
| 5916 5928 W. Burnham St - 5916 5928 W. Burnham St WestAllis, WI 53219 | S2 Real Estate 5916 w burnham llc |
| 6900 W. Lincoln Ave. - 6900 W. Lincoln Ave. West Allis, WI53219 | S2 Real Estate 6900 Lincoln, LLC |
| 7415-31 W. Bradley Rd - 7415-31 W. Bradley Rd. 7505 W.Bradley Rd. Milwaukee, WI 53223 | S2 Real Estate 7505 W. Bradley LLC |
| 7601 W. Becher St. - 7601 W. Becher St. West Allis, WI 53219 | S2 Real Estate 7601 w becher, llc |
| 9730 W. Bluemound Rd - 9730 W. Bluemound Rd. Wauwatosa,WI 53226 | S2 REAL ESTATE 9730 LLC |
| 10101-10111 W. Capitol Dr. - 10101-10111 W. Capitol Dr.Wauwatosa, WI 53222 | S2 Real Estate 10101 W Capitol LLC |
| 342-4 W. Main St. - 342-4 W. Main St. Waukesha, WI 53202 | S2 REAL ESTATE GROUP 1 LLC |
| 342-344 W. Main St - 344 W. Main St Waukesha, WI 53186 | S2 REAL ESTATE GROUP 1 LLC |
| 4635 S. 23rd St. - 4635 S. 23rd St. Milwaukee, WI 53221 | S2 REAL ESTATE GROUP 1 LLC |
| 3240-42 W. National Ave. - 3240-42 W. National Ave.Milwaukee, WI 53215 | S2 REAL ESTATE GROUP 1 LLC |
| 2250 W. College Ave. - 2250 W. College Ave. Milwaukee, WI53221 | S2 REAL ESTATE GROUP 2 LLC |
| 816 W. Greenfield Ave. - 816 W. Greenfield Ave. Milwaukee, WI53204 | S2 Real Estate Group 3, LLC |
| 5101-5 W. National Ave - 5101-5 W. National Ave. WestMilwaukee, Wi 53214 | S2 Real Estate Group 3, LLC |
| 2374 S 18th St. - 2374 S 18th St. Milwaukee, WI 53215 | S2 Real Estate Group 3, LLC |
| 1027 S 26th St. - 1027 S 26th St Milwaukee, WI 53204 | S2 Real Estate Group 4, LLC |
| 1130 W Washington St. - 1130 W Washington St. Milwaukee,WI 53204 | S2 Real Estate Group 4, LLC |
| 811 S 32 St. - 811 S 32 St. Milwaukee, WI 53215 | S2 Real Estate Group 4, LLC |
| 1320- S 22nd St. - 1320- S 22nd St. Milwaukee, WI 53204 | S2 Real Estate Group 4, LLC |
| 1933-35 S. 9th St. - 1933-35 S. 9th St. Milwaukee, WI 53204 | S2 Real Estate Group 4, LLC |
| 2548 S 6th St. - 2548 S 6th St. Milwaukee, WI 53215 | S2 Real Estate Group 4, LLC |
| 2632 S 7th St - 2632 S 7th St Milwaukee, WI 53215 | S2 Real Estate Group 4, LLC |
| 1125 W Mineral St. - 1125 W Mineral St Milwaukee, WI 53204 | S2 Real Estate Group 8, LLC |
| 1567 S. 25th St - 1567 S. 25th St Milwaukee, WI 53204 | S2 Real Estate Group 8, LLC |
| 2262 S. Chase Ave. - 2262 S. Chase Ave. Milwaukee, WI53207 | S2 Real Estate Group 8, LLC |
| 2478 S 5th Place - 2478 S 5th Place Milwaukee, WI 53207 | S2 Real Estate Group 8, LLC |
| 2479 S 5th Place - 2479 S 5th Place Milwaukee, WI 53207 | S2 Real Estate Group 8, LLC |
| 3411 W. Scott St - 3411 W. Scott St Milwaukee, WI 53215 | S2 Real Estate Group 8, LLC |
| 3417 W. Scott St. - 3417 W. Scott St. Milwaukee, WI 53215 | S2 Real Estate Group 8, LLC |
| 1641 S. Pearl St - 1641 S. Pearl St. Milwaukee, WI 53204 | S2 Real Estate Group 9, LLC |
| 1933 S 15th st. - 1933 S 15th st. Milwaukee, WI 53204 | S2 Real Estate Group 9, LLC |
| 1946 S. Congo Ave. - 1946 S. Congo Ave. Milwaukee, WI53204 | S2 Real Estate Group 9, LLC |
| 2107 W. Becher St. - 2107 W. Becher St. Milwaukee, WI 53215 | S2 Real Estate Group 9, LLC |
| 2259 South 15th St. - 2259 South 15th St. Milwaukee, WI53215 | S2 Real Estate Group 9, LLC |
| 1425-27 W. Greenfield Ave - 1425-27 W. Greenfield AveMilwaukee, WI 53204 | S2 Real Estate Group 9, LLC |

| | |
|---|---|
| 6361 S 27th St MFG homes Franklin - 6361 S 27th St Franklin,WI 53132 | S2 Real Estate Group 9, LLC |
| 829 S 19th st. - 829 S 19th st. Milwaukee, WI 53204 | S2 REAL ESTATE GROUP 829 S 19TH ST LLC |
| 1836-38 W. Becher 2066-8 s. 19th St - 1836-38 W. BecherMilwaukee, WI 53215 | S2 REAL ESTATE GROUP 1836 LLC |
| 2323-2337 S. 5th St. Chase 2346-48 - 2323-2337 S. 5th St. 2346-48 Chase Ave Milwaukee, WI 53207 | S2 Real Estate Group 2323 S. 5th llc |
| 2333 S. 9th Place - 2333 S. 9th Place Milwaukee, WI 53215 | S2 Real Estate Group 2333 2345 s 9th pl LLC |
| 2345 S 9th Pl - 2345 S 9th Pl Milwaukee, WI 53215 | S2 Real Estate Group 2333 2345 s 9th pl LLC |
| 2519 S. 13th St. - 2519 S. 13th St. Milwaukee, WI 53215 | S2 REAL ESTATE GROUP 251927 LLC |
| 2527 S. 13th St. - 2527 S. 13th St. Milwaukee, WI 53215 | S2 REAL ESTATE GROUP 251927 LLC |
| 3923 S Pennsylvania Ave - 3923 S Pennsylvania Ave. StFrancis, WI 53235 | S2 Real Estate Group Partners, LLC |
| 4338-40 N Sheffield Ave Shorewood, WI 53211 | S2 Real Estate Group Partners, LLC |
| 6307 W. Mitchell St. - 6307 W. Mitchell St. West Allis, WI53214 | S2 Real Estate Group 5, LLC |
| 710-712 S 21st St. - 710-712 S 21st St. Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 828 W Windlake Ave. - 828 W Windlake Ave. Milwaukee, WI53204 | S2 Real Estate Group 5, LLC |
| 1651-1701 S 81st St. - 1651-1701 S 81st St. West Allis, WI53214 | S2 Real Estate Group 5, LLC |
| 1704-6 W. Lincoln Ave - 1704-6 W. Lincoln Ave Milwaukee,WI 53215 | S2 Real Estate Group 5, LLC |
| 1832-8 W Lincoln Ave. - 1832-8 W Lincoln Ave. Milwaukee,WI 53215 | S2 Real Estate Group 5, LLC |
| 1835 W Rogers St - 1835 W Rogers St Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 1914-18 S. 10th St. - 1914-18 S. 10th St. Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 1920 S. 24th St. - 1920 S. 24th St. Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 1938 W. Rogers St.-AKA 1974 S. 20th St. - 1938 W. RogersSt. Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 2001-7 S. 15th St AKA 1517 W Rogers Street. - 2001-7 S. 15thSt 1517 W Rogers Street Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 2223-5 S. 19th St. - 2223-5 S. 19th St. Milwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 2237-39 S. Muskego Ave - 2237-39 S. Muskego AveMilwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 2319 S 17th St - 2319 S 17th St Milwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 2322-24 W. Juneau Ave - 2322-24 W. Juneau AveMilwaukee, WI 53233 | S2 Real Estate Group 5, LLC |
| 2330 S. 6th st. - 2330 S. 6th st. Milwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 2366 S 9th St & 824-828 W Hayes Ave - 2366 S 9th St 824-828 W Hayes Ave Milwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 2414 S 9th st - 2414 S 9th st Milwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 2474 S. 5th Place - 2474 S. 5th Place Milwaukee, WI 53207 | S2 Real Estate Group 5, LLC |
| 2479 S. 5th St. - 2479 S. 5th St. Milwaukee, WI 53207 | S2 Real Estate Group 5, LLC |
| 1143 S 25th (Aka 2504 W.Scott) - 1143 S 25th St. 2504 W.Scott St. Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 2662 S 9th St. - 2662 S 9th St. Milwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 508 W. Maple St. - 508 W. Maple St. Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 572-574 W Arthur Ave. - 572-574 W Arthur Ave. Milwaukee,WI 53207 | S2 Real Estate Group 5, LLC |
| 1832-1838 W Lincoln Ave. - 1832-1838 W Lincoln Ave.Milwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 2245-7 S. Muskego Ave - 2245-7 S. Muskego AveMilwaukee, WI 53215 | S2 Real Estate Group 5, LLC |
| 1619-1621 S. 11th St. - 1619-1621 S. 11th St. Milwaukee, WI53204 | S2 Real Estate Group 5, LLC |
| 2012 - 2014 W Lincoln Ave - 2012-2014 W Lincoln AveMilwaikee, WI 53215 | S2 Real Estate Group 5, LLC |
| 2517 W GARFIELD AVE - 2517 W GARFIELD AVE Milwaukee,WI 53205 | S2 Real Estate Group 5, LLC |
| 2121 -23 S. 17th St. - 2121 -23 S. 17th St. Milwaukee, WI53215 | S2 Real Estate Group 5, LLC |
| 2806 N. 22nd St. - 2806 N. 22ed St. Milwaukee, WI 53206 | S2 Real Estate Group 5, LLC |
| 2042 S 6th St. - 2042 S 6th St. Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 1022 S 60th St. - 1022 S 60th St. West Allis, WI 53214 | S2 Real Estate Group 5, LLC |
| 1016 S 60th St. - 1016 S 60th St. West Allis, WI 53214 | S2 Real Estate Group 5, LLC |
| 1012 S 60th St. - 1012 S 60th St. West Allis, WI 53214 | S2 Real Estate Group 5, LLC |
| 1020 S 60th St. - 1020 S 60th St. West Allis, WI 53214 | S2 Real Estate Group 5, LLC |
| 1808-1814 W. Atkinson Ave. - 1808-1814 W. Atkinson Ave.Milwaukee, WI 53206 | S2 Real Estate Group 5, LLC |
| 1532 S. 13th St - 1532 S. 13th St Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 734-738 W Windlake Ave. - 734-738 W Windlake Ave.Milwaukee, WI 53204 | S2 Real Estate Group 5, LLC |
| 935-937 N 37th St. - 937 N 37th St. Milwaukee, WI 53208 | S2 Real Estate Group 5, LLC |
| 3309 N 12th St - 3309 N 12th St Milwaukee, WI 53206 | S2 Real Estate Group 5, LLC |
| 539 W Burleigh St. - 539 W Burleigh St. Milwaukee, WI 53212 | S2 Real Estate Group 5, LLC |
| 1018 - 1020 S. 18th St. - 1018 S. 18th St. Milwaukee, WI 53204 | S2 Real Estate Group 6, LLC |
| 1520 S. 26th St. - 1520 S. 26th St. Milwaukee, WI 53204 | S2 Real Estate Group 6, LLC |
| 1587 S. Pearl St. - 1587 S. Pearl St. Milwaukee, WI 53204 | S2 Real Estate Group 6, LLC |
| 1643 S. 20th St - 1643 S. 20th St Milwaukee, WI 53204 | S2 Real Estate Group 6, LLC |
| 1712 W. Forest Home Ave. - 1712 W. Forest Home Ave.Milwaukee, WI 53204 | S2 Real Estate Group 6, LLC |
| 2229 S. 10th Pl. - 2229 S. 10th Pl. Milwaukee, WI 53215 | S2 Real Estate Group 6, LLC |
| 2469 S. 5th St. - 2469 S. 5th St. Milwaukee, WI 53207 | S2 Real Estate Group 6, LLC |
| 2900 S. 9th Place AKA 933 W. Dakota St - 2900 S. 9th Place933 W. Dakota St. Milwaukee, WI 53215 | S2 Real Estate Group 6, LLC |
| 7729 W Hicks St. - 7729 W Hicks St. West Allis, WI 53219 | S2 Real Estate Group 6, LLC |
| 1028 E Juneau Ave Knickerbocker - 1028 E Juneau Ave.Milwaukee, WI 53202 | S2 Real Estate Group 6, LLC |
| 2210 W Lincoln Ave - 2210 W Lincoln Ave Milwaukee, WI53215 | S2 Real Estate Group 6, LLC |

| | |
|---|---|
| 2577-79 North 15th St. Milwaukee, WI 53206 | S2 Real Estate Group 6, LLC |
| 746 South Layton Boulevard - 746 South Layton BoulevardMilwaukee, WI 53215 | S2 Real Estate Group 7, LLC |
| 754 South Layton Boulevard - 754 South Layton BoulevardMilwaukee, WI 53215 | S2 Real Estate Group 7, LLC |
| 1235 W. National Ave - 1235 W. National Ave Milwaukee, WI53204 | S2 Real Estate Group 7, LLC |
| 1241 W. National Ave - 1241 W. National Ave Milwaukee, WI53204 | S2 Real Estate Group 7, LLC |
| 1320 S. 26th St - 1320 S. 26th St Milwaukee, WI 53204 | S2 Real Estate Group 7, LLC |
| 2517 W. National Ave - 2517 W. National Ave Milwaukee, WI53204 | S2 Real Estate Group 7, LLC |
| 2909 W Lincoln Ave. - 2909 W Lincoln Ave. Milwaukee, WI53215 | S2 REAL ESTATE LLC |
| 1547 S. Cesar Chavez Dr ---AKA-- 1542 S. Pearl St. - 1547 S.Cesar Chavez Dr Milwaukee, WI 53204 | S2 REAL ESTATE LLC |
| 924 W. Lapham Blvd. - 924 W. Lapham Blvd. Milwaukee, WI53204 | S2 REAL ESTATE LLC |
| 811-813 S. 31st. - 811-813 S. 31St Milwaukee, WI 53215 | S2 REAL ESTATE LLC |
| 2804-2810 W Kilbourn Ave. - 2804-2810 W Kilbourn Ave.Milwaukee, WI 53208 | S2M2 Real Estate 2804 W Kilbourn, LLC |