UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                              Case No. 26-CR-094

RUSSELL V. MCDADE, SR., et al.,

      Defendants.

**UNITED STATES' BILL OF PARTICULAR
FOR FORFEITURE OF PROPERTY**

      The United States of America, by its attorney, Julie F. Stewart, Assistant United States Attorney for the Eastern District of Wisconsin, files this Bill of Particulars to notify the Court and the defendants of the United States' addition of 4631 Sonseeahray Drive, Hubertus, Wisconsin 53033 to paragraphs 1 and 3 of the Forfeiture Notice of the Indictment filed on May 5, 2026.

      Dated at Milwaukee, Wisconsin, this 9th day of July, 2026.

                            *s/Julie F. Stewart*
                            JULIE F. STEWART
                            Assistant United States Attorney
                            Illinois Bar Number: 6304085
                            Attorney for Plaintiff
                            Office of the United States Attorney
                            Eastern District of Wisconsin
                            517 East Wisconsin Avenue, Room 530
                            Milwaukee, WI 53202
                            Telephone: (414) 297-1700
                            Fax: (414) 297-1738
                            E-Mail: Julie.stewart@usdoj.gov