# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-CR-094

SAMUEL STAIR,

Defendant.

---

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL THE DECLARATION AND AFFIDAVITS FILED IN SUPPORT OF DEFENSE'S RESPONSE TO UNITED STATES' EX PARTE APPLICATION FOR POST-INDICTMENT RESTRAINING ORDER TO PRESERVE FORFEITABLE ASSETS

---

Undersigned counsel Daniel M. Adams, who moves for an order to seal the contents of Exhibit B (Declaration of Samuel Stair), Exhibit C (Affidavit of Regina Stair) and Exhibit D (Affidavit of Attorney Daniel M. Adams) in support of the Defense's concurrently filed Response to the United States' Ex Parte Application for Post-Indictment Restraining Order to Preserve Forfeitable Assets (herein "Response Brief"). This motion is brought pursuant to General L. R. 79(d). The Exhibits have been filed under seal separately and supports the publicly filed Response Brief. Undersigned counsel certifies he has consulted with AUSA Stewart regarding the exhibits to be sealed and she does not oppose the instant motion.

As grounds, the declaration and affidavits specify certain private and family financial matters including the defense's current expectation of resources required to competently represent Samuel Stair. Moreover, Exhibit D discusses expected attorney time, expert witness fees, other legal expenses, and past legal expenditures. Redaction will not eliminate the requirement to seal because its entire contents discuss private financial and personal information.

1

Only the contents are sought to be sealed, not the movant's name or the filing's title.

DATED this 8th day of July, 2026

        Respectfully submitted,

        /s/ Daniel M. Adams
        Daniel M. Adams, Wis. Bar. No. 1067564
        Adams Law Group LLC
        1200 East Capitol Drive, Suite 360
        Milwaukee, Wisconsin 53211
        Attorney for Defendant Samuel Stair