# AFFIDAVIT OF ADAM MCCARTHY

STATE OF WISCONSIN    )
                         ) ss.
COUNTY OF WAUKESHA )

**ADAM MCCARTHY** being first duly sworn on oath deposes and states as follows:

1. I am the undersigned and make this Affidavit upon oath and upon personal knowledge.

2. For over a decade, I have been the principle of Smart Asset Management (Smart Asset) based in Waukesha, Wisconsin.

3. Smart Asset is a dedicated property management company. The company oversees 4149 units in the Milwaukee metro area. We have a professional team of managers, customer service representatives, and financial specialists on staff.

4. On April 24, 2026, upon the arrest of Sam Stair, I was asked to take managerial control over S2's properties and many of the properties that S2 previously managed for other owners. In a matter of weeks, my company "righted the ship" and provided professional continuity of service for the 147 active properties. This was a monumental task for my team, but one that we proudly accomplished. We have been able to provide continuity of property management to each of the tenants, but also were able to preserve and maintain the underlying property assets of S2.

5. On April 29th, 2026 I was advised to segregate funds derived from 25 different properties the U.S. Government deemed "drug associated" through the filing of a Criminal Complaint. To date, we have kept records to segregate any rental revenue from these properties. This has been accomplished through tracking on our AppFolio property management system – and also through dedicated separate bank accounts.

6. During this same time period, I was advised to make no disbursement of funds to Sam Stair. I was further advised to use revenue from S2 properties to pay S2 expenses in the same

fashion as any "reasonable property management professional" would. I am very confident my business has completely followed this advice.

7. My company utilizes a property management and accounting software called AppFolio to administer and track property management tasks and revenues. This software is an industry standard tool. My company has used this software for 11 years before on-boarding the S2 properties. S2 also utilized AppFolio and we were able to utilize their data in our existing system. Like any other property, we are able to use AppFolio to track each of S2's properties' management, expenses, and revenues on a property-by-property basis and deliver information on each property in real time.

8. To date, management of S2 has not resulted in a net profit for a number of reasons: first month (May) low rent collection due to the publicity of Sam Stair's case resulting in tenant confusion and opportunity taking, in addition over $50,000 pre-paid rent paid to S2 that was subsequently frozen, the lack of a cash cushion for previously incurred S2 expenses that needed to be paid from current cash flow, including security deposits, multiple utilities, taxes and mortgages, and insurance payments that were doubled due to April's payments that were returned due to the accounts that were frozen by the government.. However, we are confident that we will continue "righting the ship" and the S2 properties will be cash positive in the coming months.

9. I am incredibly proud of my company, Smart Asset Management's, performance since taking managerial control over the S2 properties. We have delivered excellent service to both the S2 tenants and have preserved the viability of S2's assets during this difficult and controversial time.

10. I know that the U.S. Government has my contact information as of April 28, 2026. I have not been contacted by any agent. I am happy to discuss my management with them.

_____

_____
Adam McCarthy

Subscribed and sworn to before me
this ___8th___ day of ___July___ , 2026.

<u>Kam</u>
Notary Public, ___Waukesha___ County, Wisconsin
My commission Expires: ___06/23/2038___

KARLA DANIELLE MALDONADO
Notary Public
State of Wisconsin