# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**SAMUEL P. STAIR,  ET AL**

**COUNSEL ONLY**
**STATUS/SCHEDULING CONFERENCE**

CASE NUMBER **26-CR-94**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk:  Katina Hubacz
Hearing Held:  July 16, 2026 at 9:00 AM

Court Reporter:  Zoom Audio
Hearing Began:  <u>9:00 AM</u>
Hearing Ended:  <u>9:15 AM</u>

**Appearances:**
UNITED STATES OF AMERICA by:  Julie Stewart, Katie Halopka-Ivery
DEFENDANT(S): NOT PRESENT
DEFENSE ATTORNEY(S): SEE ATTACHED LIST

---

☐  Oral/Written Motion for Complex Designation
  ☐ Granted;  ☐ Denied
☑  Case designated complex
☑  Counsel Only Status/Scheduling Conference set for: **September 17, 2026 at 9:00 AM** via Zoom Audio
☑  Court makes a Speedy Trial Finding. The time from today until **September 17, 2026** is excluded under the Speedy Trial Act due to the volume of discovery.

---

Court notes the pending Motion to Modify the Protective Order filed by defendant Stair.

Govt: (Stewart)

- Plan to meet and confer on modification but not until next week so co-counsel can be back from vacation
- Suggest court deny motion without prejudice so can meet and confer and can refile if necessary
- Status of Discovery: moving along, produced all GJ material and material related to Title III wires, 21 phone downloads – rest should be available first week of August
- Ask for another status date several weeks after August 7 and does not object to pushing out to September

Mr. Adams:

- Objects to Govt's proposal for the court to deny the motion until they can meet and confer
- Requests a hearing date be set in August in case can't come to an agreement
- Does not want to wait until September for this issue to be resolved

Defense:

- Attorney Quinn would ask for more time to review discovery
- She suggests another hearing in the third week of September

Court:

- **Govt shall file response to motion to modify protective order by: 8/7/2026**
- Plan to resolve Mr. Adams issue sooner than September
- Set another status conference in September and made a Speedy Trial Finding

| Defendant | Attorney |
|---|---|
| Samuel P. Stair | Daniel M. Adams |
| Jeanette Lopez | Jacob Manian |
| Russell V. McDade | Scott Stebbins |
| Walter J. Ringersma | Daniel Adams for Victor E. Plantinga |
| Laura F. Knezic | Daniel Adams for Matt J. Ricci |
| Javarius J. Williams | Daniel Adams for Thomas E. Hayes |
| Stacey L. Berry | Brian T. Fahl |
| Alberto L. Boffil, Jr. | Daniel Adams for Peter R. Moyers |
| Cristal F. Nokes | Thomas J. Erickson |
| Wesley R. Bynum | Richard H. Hart, Jr. |
| Victoria T. Allen | Peter J. Arnold |
| Kerry Howell, Sr. | Robert G. LeBell |
| Jermaine Erving | Daniel Adams for Michael P. Gillespie |
| Otis Lockett | Jeffrey W. Jensen |
| Martin L. Sinclair | Jeffrey W. Purnell |
| Ser Jimmy L. Shepherd | Angela Conrad Kachelski |
| Larry A. Shepherd | Jane H. Christopherson |
| Shaeerah J. McKay | Kathleen M. Quinn |