UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                 Case No. 26-CR-94

SAMUEL P. STAIR

Defendant.

## UNOPPOSED MOTION TO TRAVEL

Undersigned counsel moves to allow Mr. Stair the ability to travel to McFarland, Wisconsin on Saturday, July 18, 2026 to see family at a family event. Pretrial services monitor Mr. Werner does not oppose. I have conferred with AUSA Stewart who similarly does not oppose.

Respectfully submitted,
/s/ Daniel M. Adams
Daniel M. Adams, WI Bar No. 1067564
Adams Law Group llc
1200 E. Capitol Dr., Ste 360
Milwaukee, Wisconsin 53211
414-921-1945

1