# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

### COURT MINUTES

**UNITED STATES OF AMERICA**

v.

**CONTINUED COUNSEL-ONLY STATUS CONFERENCE**
**(by telephone)**

**SAMUEL STAIR**                    **Case No.  26-cr-0094-bhl-1**

---

HONORABLE BRETT H. LUDWIG presiding                    Time Called:  3:05 p.m.
Proceeding Held: July 27, 2026                    Time Concluded:  3:12 p.m.
Deputy Clerk:  Julie D.                    Tape:  222

**Appearances:**

UNITED STATES OF AMERICA by:    Julie Stewart & Katherine Halopka-Ivery
SAMUEL STAIR by:    Lauren Gorman & Daniel Adams

---

The Court summarized the procedural history of the case. The government confirmed the Cout's summary and reported that since the last status conference on July 17, 2026, the parties have engaged in productive negotiations and are working towards a stipulated restraining order. The government asked for a one-week continuance to allow the parties time to reach a resolution. Defense counsel concurred with the government's representations and joined in the request for a continuance.

With both parties' agreement, the Court continued the telephonic status hearing to **Monday August 3, 2026, at 12:00 p.m.** To appear, counsel must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time.