# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**COURT MINUTES**

**UNITED STATES OF AMERICA**

v.

**CONTINUED COUNSEL-ONLY STATUS
CONFERENCE**
**(by telephone)**

**SAMUEL STAIR**                    Case No.  **26-cr-0094-bhl-1**

---

HONORABLE BRETT H. LUDWIG presiding          Time Called:  12:06 p.m.
Proceeding Held: August 3, 2026          Time Concluded:  12:25 p.m.
Deputy Clerk:  Julie D.                    Tape:  225

**Appearances:**

UNITED STATES OF AMERICA by:  Julie Stewart & Katherine Halopka-Ivery

SAMUEL STAIR by:  Lauren Gorman & Daniel Adams

---

The Court summarized the procedural history of the case, including that the parties were working towards a stipulated restraining order and had asked for a one-week continuance to allow the parties time to reach a resolution.  The government reported that the parties are unable to reach a stipulation.  Defense counsel confirmed and added that the defense is requesting a hearing.

The Court set a hearing on the government's motion, specifically on the "nexus issue" and on what relief is appropriate.  The Court rejected the government's argument that the grand jury's indictment resolves the "nexus" issue and ruled that the government must show that the assets in question are traceable to the alleged crime, citing *Kaley v. United States*, 571 U.S. 320 (2014).  The Court noted that the government will bear the burden of establishing by a preponderance of the evidence that probable cause exists to believe each of the identified assets that the government seeks restrained are subject to forfeiture.  The Court further held that the grand jury findings are relevant but not sufficient to satisfy that burden.  The Court further explained that the parties will be asked to address what relief the Court should enter to protect any potential forfeitable assets from being lost or dissipated while the case is litigated.

The government reported that it will proceed by proffer, counsel can be ready in one week, and it estimates a hearing will take one hour.  Defense counsel contended that the hearing may take longer than one hour if the government's proffer is insufficient.

With both parties' agreement, the Court set a hearing as proposed by the Court, for **August 14, 2026, at 11:00 a.m.** in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, WI 53202.