UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

   v.                                       Case No. 26-CR-94

SAMUEL P. STAIR

          Defendant.

---

**UNOPPOSED MOTION TO TRAVEL**

---

Undersigned counsel moves to allow Mr. Stair the ability to travel to McFarland, Wisconsin on Saturday, August 15, 2026 to see family. Pretrial services monitor Mr. Werner does not oppose. I have conferred with prosecutors who take no position on the instant motion.

          Respectfully submitted,
          /s/ Daniel M. Adams
          Daniel M. Adams, WI Bar No. 1067564
          Adams Law Group llc
          1200 E. Capitol Dr., Ste 360
          Milwaukee, Wisconsin 53211
          414-921-1945
          Dan@DefenseWisconsin.com

1