UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

                                         Case No. 26-CR-94

SAMUEL P. STAIR,

          Defendant.

## [PROPOSED] RESTRAINING ORDER

Upon consideration of the United States of America's application for a post-indictment restraining order, under 21 U.S.C. 853(e)(1), to preserve the availability for forfeiture of certain property in which the Defendant Samuel P. Stair has an ownership interest, the parties hereby agree and stipulate to the following:

(1) Defendant Stair and his agents be and hereby are restrained from selling, transferring, assigning, giving away, or borrowing any additional sums against Defendant Stair's interest in any or all of the following LLCs, or the assets held thereby (collectively referred to herein as the S2 Real Estate LLCs), unless agreed to by the parties in a separate stipulated order:

    a. S2 Real Estate Group I LLC; S2 Real Estate Group 2, LLC; S2 Real Estate Group 3 LLC; S2 Real Estate Group 4 LLC; S2 Real Estate Group 5, LLC; S2 Real Estate Group 6, LLC; S2 Real Estate Group 7, LLC; S2 Real Estate Group 8, LLC; S2 Real Estate Group 9 LLC; 9330 W Lincoln S2 LLC; S2 Real Estate 10101 W Capitol LLC; S2 Real Estate 1700 Lincoln LLC; S2 Real Estate 1957 S Congo, LLC; S2 Real Estate 2033 S 17th LLC; S2 Real Estate 2126 S 17th, LLC; S2 Real Estate 2319 2327 Michigan, LLC; S2 Real Estate 2509 W Becher LLC; S2 Real Estate 2612-20 W Greenfield LLC; S2 Real Estate 2903-5 W Pierce, LLC; S2 Real Estate 4631 Sonseeahray, LLC; S2 Real Estate 5916 W Burnham

LLC; S2 Real Estate 605 N 30th, LLC; S2 Real Estate 729 21st, LLC; S2 Real Estate 7505 W Bradley LLC; S2 Real Estate 7601 W Becher LLC; S2 Real Estate Group 2323 S 5th, LLC; S2 Real Estate 2333 2345 S 9th Place, LLC; S2 Real Estate Group 829 S 19th, LLC; S2M2 Real Estate 2804 W Kilbourn, LLC; HMS2 Real Estate LLC; S2 1613 Bolivar, LLC; S2 Real Estate 9730 LLC, S2 Real Estate 1206-8 S 5th Pl LLC, S2 Real Estate 1517 S 23RD LLC; S2 Real Estate 1630 S 32ED, LLC; S2 Real Estate 1815 1733 LLC; S2 Real Estate 2224 LLC; S2 Real Estate 2925 Lincoln, LLC; S2 Real Estate 6900 W Lincoln LLC; S2 Real Estate Group 1836, LLC; S2 Real Estate Group 251927 LLC; S2 Real Estate, LLC; and S2 Real Estate Group Partners LLC.

(2) In the event that Defendant determines that it is necessary or desirable to sell or transfer any real property subject to paragraph 1, Defendant shall provide notice to, and seek approval of, the United States of the proposed transaction. In the event that the parties cannot agree on the terms of such a sale or transfer, Defendant reserves the right to move the court for a modification of this order to permit the proposed transaction.

(3) Defendant Stair is hereby restrained from exercising managerial or operational control over the S2 Real Estate LLCs and is required, instead, to engage a third-party management company to handle the day-to-day business and financial operations of the S2 Real Estate LLCs;

(4) Defendant Stair and his agents are hereby ordered to direct the third-party management company to provide to the United States Attorney's Office for the Eastern District of Wisconsin, on the first business day of each month:

    a. Income statement, similar to the attached example, filed herewith under seal;

    b. Credit Card statements for each credit card referenced in the income statement

    c. Written confirmation that, to the knowledge of Stair and his agents, including the third-party management company which is responsible for operating the S2 Real Estate LLCs, that the S2 Real Estate LLC is in compliance with all state and local laws related to leasing residential and commercial real estate properties and that

2

all taxes and other payments due and owing on any mortgages or liens on the properties have been made current;

(5) After deducting and paying all ordinary and necessary business expenses, including payroll, utilities, insurance premiums, management fees, maintenance and repair expenses, and all amounts due and owing on mortgages, liens, and other lawful obligations of the S2 Real Estate LLCs, and maintaining reasonable reserves for anticipated operating expenses and vacancies, all remaining net profits shall be escrowed pursuant to this Order.

(6) Defendant Stair and his agents are hereby ordered to direct all escrowed funds described in Paragraph (5) to the United States Customs and Border Patrol, Homeland Security Investigations ("HSI") for deposit into the Treasury Suspense Account ("TSA") by the fifteenth business day of each month.

(7) HSI will deposit escrowed funds it receives pursuant to this stipulation into the TSA as soon as practicable. Funds deposited into the TSA shall be held in escrow pending final resolution of this criminal matter and all related forfeiture proceedings.

(8) Nothing contained in this Order shall constitute a determination that title to any restrained asset has vested in the United States prior to the entry of a final order of forfeiture;

(9) Defendant may file a motion requesting the release of restrained funds to pay reasonable attorney's fees. The United States may respond, and the Court will determine whether release is appropriate.

    a. Defendant may also, prior to filing such a motion, make a request to the United States Attorney's Office for release of funds to pay for counsel pursuant to *United*

3

*States v. Moya-Gomez*, 860 F.2d 706, 730 (7th Cir. 1988), and the United States will consider and respond to Defendant's request within seven (7) business days.

(10)     Nothing in this Order limits either party's right to seek modification from the Court.

(11)     This Court shall retain jurisdiction of this matter for all purposes. The terms of this order shall remain in full force and effect pending further order of the court or entry of one or more judgments in this criminal case disposing of the monies at issued.

So ordered at  Milwaukee, Wisconsin, this __ day of August, 2026.

By the Court:

_____
HON. BRETT H. LUDWIG
United States District Judge