UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 26-cr-094

SAMUEL P. STAIR

Defendant.

---

**MOTION TO TRAVEL**

---

Undersigned counsel moves to allow Mr. Stair the ability to travel to McFarland, Wisconsin on Sunday, September 13, 2026 to see family at a family event. Pretrial services monitor Mr. Werner does not oppose. I have conferred with AUSA Stewart who takes no position.

Respectfully submitted,
/s/ Daniel M. Adams
Daniel M. Adams, WI Bar No. 1067564
Adams Law Group llc
1200 E. Capitol Dr., Ste 360
Milwaukee, Wisconsin 53211
414-921-1945
Dan@DefenseWisconsin.com