# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**SAMUEL P. STAIR, ET AL**

**COUNSEL ONLY**
**STATUS/SCHEDULING CONFERENCE**

CASE NUMBER **26-CR-94**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk: Katina Hubacz
Hearing Held: September 17, 2026 at 9:00 AM

Court Reporter: Zoom Audio
Hearing Began: 9:00 AM
Hearing Ended: 9:09 AM

**Appearances:**
UNITED STATES OF AMERICA by: Julie Stewart, Katie Halopka-Ivery
DEFENDANT(S): NOT PRESENT
DEFENSE ATTORNEY(S): SEE ATTACHED LIST

---

☐ Oral/Written Motion for Complex Designation
  ☐ Granted; ☐ Denied
☑ Case designated complex
☑ Counsel Only Status/Scheduling Conference set for: **November 4, 2026 at 9:30 AM** via Zoom Audio
☑ Court makes a Speedy Trial Finding. The time from today until **November 4, 2026** is excluded under the Speedy Trial Act due to the volume of discovery.

---

GOVT:

- Provides update on discovery
- Have reached out to all counsel outlining additional discovery that went out
- More discovery should be sent next week which should conclude all of the discovery
- Suggest another status in 45 days

DEFENSE:

- Jeffrey Jensen Sr for Deft Otis Lockett – his client asked him to object to any further adjournments
- Tom Harris – just appointed in last few weeks so would ask for more time

COURT:

- Notes that motion to withdraw for Ms. Kachleski was just addressed yesterday so need new counsel appointed for Deft Jimmy Shepard
- Sets another hearing in 45 days and makes a Speedy Trial finding

26-CR-94
US v. STAIR, et al
Counsel Only Status/Scheduling Conference
September 17, 2026 at 9:00 AM

| **Defendant** | **Attorney** |
|---|---|
| Samuel P. Stair | Daniel M. Adams |
| Jeanette Lopez | Jacob Manian |
| Russell V. McDade | Daniel M. Adams for Scott Stebbins |
| Walter J. Ringersma | Victor E. Plantinga |
| Laura F. Knezic | Kim M. Zion |
| Javarius J. Williams | Daniel M. Adams for Thomas E. Hayes |
| Stacey L. Berry | Brian T. Fahl |
| Alberto L. Boffil, Jr. | Peter R. Moyers |
| Cristal F. Nokes | Jeffery W. Jensen Sr. for Thomas J. Erickson |
| Wesley R. Bynum | Emily Rouse for Richard H. Hart, Jr. |
| Victoria T. Allen | Daniel M. Adams for Peter J. Arnold |
| Kerry Howell, Sr. | Daniel M. Adams for Robert G. LeBell |
| Jermaine Erving | Thomas E. Harris |
| Otis Lockett | Jeffrey W. Jensen, Sr. |
| Martin L. Sinclair | Jeffrey W. Purnell |
| Ser Jimmy L. Shepherd | New Counsel to be appointed |
| Larry A. Shepherd | Jane H. Christopherson |
| Shaeerah J. McKay | Kathleen M. Quinn |