UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 26-CR-94

SAMUEL P. STAIR,

Defendant.

---

**JOINT MOTION TO STAY BRIEFING SCHEDULE ON MOTION FOR RESTRAINING ORDER AND JOINT MOTION TO SEAL FOR PURPOSES OF IN CAMERA REVIEW**

---

The United States of America, by its attorneys, Assistant United States Attorneys for the Eastern District of Wisconsin, Katherine M. Halopka-Ivery and Julie Stewart, and the defendant, Samuel P. Stair, individually and by attorneys Daniel Adams and Lauren D. Gorman, hereby move the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the parties' submission until further order of this Court for purposes of an *in camera* review. Further, the parties jointly move the Court to stay the briefing schedule as to the motion for a restraining order. In support thereof, the parties aver as follows:

1. On May 5, 2026, the defendant was charge with eleven counts of a thirty-five-count indictment, which alleges violations of Title 18, United States Code, Sections 1956(a)(1)(B)(i); 1956(h), and 2(a); and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 846, and 856(a)(2). ECF No. 102.

2. On June 16, 2026, the United States filed a motion for Post-Indictment Restraining Order to Preserve Forfeitable Assets. ECF No. 191. On August 14, 2026, the Court held a hearing

on the motion for a restraining order and took the matter under advisement. ECF No. 243. The Court also set a further briefing schedule regarding the motion for a restraining order. *Id.* On August 27, 2026 and September 11, 2026, this Court granted unopposed motions for extensions of time to file the briefs related to the motion. ECF Nos. 251 and 259. The parties now jointly move the Court to stay the briefing schedule as to the motion for a restraining order.

3. The parties further jointly request that pursuant to Rule 11(c)(2) of the Federal Rules of Criminal Procedure this Court grant the parties' motion to seal their submission for an *in camera* review.

Dated at Milwaukee, Wisconsin this 25th day of September, 2026.

Respectfully submitted,
*s/ Katherine M. Halopka-Ivery*
Katherine M. Halopka-Ivery
Julie Stewart
Assistant United States Attorneys
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202