UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 26-cr-094

SAMUEL P. STAIR

Defendant.

---

**UNOPPOSED MOTION TO MODIFY CONDITION OF RELEASE**

---

Samuel P. Stair, by his attorney, Daniel M. Adams, makes the following unopposed motion to modify the conditions of release:

1. On May 29, 2026 Mr. Stair was ordered to "have no contact with any alleged drug associated premises or tenants of said properties listed in the government's complaint." Doc. 177.
2. Undersigned counsel and counsel for the United States have conferred about Mr. Stair's current need to be able to have contact with some of his property portfolio to arrange renovations and improvements of those properties.
3. At present, Mr. Stair needs access to his 2319 and 2327 Michigan Avenue and 333 N. 36th Street properties. It is also foreseeable that Mr. Stair will need access to other properties in the near future.

4. Therefore, the Parties ask that the conditions of his release be modified to "allow contact with any alleged drug associated premises listed in the government's complaint upon notification to and approval by pretrial services."

Respectfully moved this 5th day of November, 2026

Respectfully submitted,
/s/ Daniel M. Adams
Daniel M. Adams, WI Bar No. 1067564
Adams Law Group llc
1200 E. Capitol Dr., Ste 360
Milwaukee, Wisconsin 53211
414-921-1945
Dan@DefenseWisconsin.com